1 McGREGOR W. SCOTT
United States Attorney
2 LAUREL J. MONTOYA
Assistant U.S. Attorney
3 4401 Federal Building
2500 Tulare Street
4 Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0362 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON |
| TOMAS FAVELA AYALA, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for **January 16, 2007** may be continued to **February 20, 2007 at 9:00 a.m.**

   This request is being made due to the fact that while we are negotiating the case, a plea agreement has not been finalized and we need additional time to accomplish that..  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice,

//
//
//
//
//
//

1

but not limited to, the need for the period of time set forth herein for effective defense preparation and plea negotiations to continue pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

| | |
|---|---|
| Dated: January 11, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney |
| Dated: January 11, 2007 | /s/ Michael R. McDonnell<br>MICHARL R. McDONNELL<br>Attorney for the Defendant |

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   January 12, 2007**            **/s/ Anthony W. Ishii**
0m8i78                      UNITED STATES DISTRICT JUDGE

2